## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:20-mj-00106 |
| : | Assigned To : Meriweather, Robin M. |
| v. : | Assign. Date : 06/05/2020 |
| : | Description: Complaint w/ Arrest Warrant |
| **MAXINE WILLIAMS,** : | **Filed Under Seal** |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S MOTION TO SEAL
### CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT, AND
### RELATED DOCUMENTS, AND MEMORANDUM IN SUPPORT THEREOF

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court for an Order directing that the Criminal Complaint, Affidavit in support thereof, and related documents, and this Motion and the Court's Order sealing the aforesaid documents be placed under seal until the Defendant is arrested. In support of this motion, the United States represents the following:

1. Immediate public disclosure of the complaint, supporting affidavit, and related documents would alert the Defendant of the extent of the government's investigation. Although the Defendant is a U.S. citizen, she was born in Belize and could potentially flee from the United States or take other measures to avoid apprehension.

2. Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest that justify sealing of the affidavit and related documents until the existence and particulars of the affidavit must be disclosed, pursuant to the government's legal obligations, to counsel for the defendant, who may be arrested in the future.

WHEREFORE, the government respectfully requests that this motion be granted.

                                Respectfully submitted,

                                MICHAEL R. SHERWIN
                                ACTING UNITED STATES ATTORNEY
                                N.Y. Bar No. 4444188

Date: June 4, 2020                By:    */s/ Kondi J. Kleinman*
                                                  Kondi Kleinman
                                                  Assistant United States Attorney
                                                  California Bar No. 241277
                                                  Kondi.kleinman2@usdoj.gov
                                                  555 4th Street, N.W., Room 5245
                                                  Washington, D.C. 20001
                                                  (202) 252-6887

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **MISC. NO.** |
| **v.** : | |
| : | |
| : | |
| **MAXINE WILLIAMS,** : | **Filed Under Seal** |
| : | |
| **Defendant.** : | |

## ORDER

This matter comes before the Court upon the Government's Motion to Seal Criminal Complaint, Supporting Affidavit, and Related Documents in the above-captioned case. For the reasons stated therein, it is this 5th day of June, 2020,

ORDERED that the government's Motion to Seal is granted and the Criminal Complaint, Affidavit in support thereof, and related documents in this case, shall be sealed, and the Motion to Seal and this Order shall be sealed until further Order of the Court.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE